**GREBEN | MONROE**
A PROFESSIONAL LAW CORPORATION
351 PASEO NUEVO, SECOND FLOOR
SANTA BARBARA, CA 93101
TEL: 805-963-9090 | FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiff and Counter-Defendant PAMELA JAROSE, executor of the ESTATE OF JOHN R. BRAUN

UNITED STATES DISTRICT COURT

NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JAROSE, executor of the ESTATE OF JOHN R. BRAUN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF HUMBOLDT, a subdivision of the State of California,<br><br>　　　　　Defendant.<br><br><br>RELATED CROSS AND COUNTER-CLAIMS | **Case No.: 3:18-cv-07383-RS**<br>**Case Filed**: December 7, 2018<br>**Trial Date**: January 23, 2023<br><br>**STIPULATION AND ORDER WITHDRAWING THE SUPPLEMENTAL MOTION (DOC. 117) AND THE COUNTY'S EXPERT OCTOBER DISCLOSURE** |

　　　　Plaintiff and counter-defendant Pamela Jarose, Executor of the Estate of John R. Braun ("Plaintiff") and defendant and cross-claimant the County of Humboldt ("County") (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate that Plaintiff hereby withdraws its supplemental motion, filed as Document 117, and in exchange the County hereby withdraws its expert disclosure, dated and served on October 25, 2022. The motion (Document 113) and issues taken under submission by the Court on May 31, 2022 (Document 116) regarding Mr. Niland's Supplemental Expert Report remain at issue for resolution by the Court.

Accordingly, the Parties respectfully request that the Court disregard Document 117, but that it render a ruling on the issues in the original motion and related opposition paperwork.

It is so stipulated.

Date: November 2, 2022        GREBEN | MONROE
                              A Professional Law Corporation


                              /s/ Jan A. Greben
                              Jan A. Greben
                              Christine M. Monroe
                              Attorneys for Plaintiff and Counter-Defendant Pamela Jarose, executor of the Estate of John R. Braun


Date: November 2, 2022        PORTER SCOTT
                              A PROFESSIONAL CORPORATION


                              /s/ Megan N. Boelter   (per authorization on 11/1/22)
                              Chad S. Tapp
                              Megan N. Boelter
                              Attorneys for Defendant/Cross-Complainant County of Humboldt


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  11/9/2022
                              _____
                              HONORABLE RICHARD SEEBORG
                              Chief United States District Judge