UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JAROSE,<br><br>           Plaintiff,<br><br>     v.<br><br>COUNTY OF HUMBOLDT,<br><br>           Defendant. | Case No. 18-cv-07383-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 15, 2023**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 22, 2023, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: April 19, 2023

_____
Richard Seeborg
Chief United States District Judge