**GREBEN | MONROE**
**A PROFESSIONAL LAW CORPORATION**
351 PASEO NUEVO, SECOND FLOOR
SANTA BARBARA, CA 93101
TEL: 805-963-9090 | FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiff and Counter-Defendant,
Pamela Jarose, executor of the Estate of John R. Braun

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JAROSE, executor of the ESTATE OF JOHN R. BRAUN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF HUMBOLDT, a subdivision of the State of California,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | **Case No.: 3:18-cv-07383-RS**<br>Case Filed: December 7, 2018<br>Trial Set:<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>*Honorable Richard Seeborg* |

///

///

///

///

The parties to this action have settled their claims against each other. Pursuant to Federal Rule of Civil Procedure 41, the parties, through their respective counsel, stipulate to the Dismissal *with prejudice* of this action, including all claims and counterclaims between the parties.

Date: June 7, 2023

GREBEN | MONROE
A Professional Law Corporation

_____
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiff and Counter-Defendant Pamela Jarose, Executor of the Estate of John R. Braun

Date: May 12, 2023

PORTER SCOTT
A Professional Corporation

_____
Chad S. Tapp
Megan N. Robertson
Attorneys for Defendant and Counter-Claimant County of Humboldt, a political subdivision of the State of California